1032

[No. 72919-5-I.   Division One.   October 12, 2015.]

SONJA O. BEAL ET AL., *Respondents*, v. JAMES C. LOPEZ ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32297-8, Dean Scott Lum, J., entered August 29 and December 17, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Verellen, JJ.

[No. 73666-3-I.   Division One.   October 12, 2015.]

SUSAN A. KIRCHOFF, *Appellant*, v. THE CITY OF KELSO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-2-01125-8, Stephen M. Warning, J., entered May 5, 2014. *Reversed* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.

[No. 44282-5-II.   Division Two.   October 13, 2015.]

*In the Matter of the Personal Restraint of* STEVEN CRAIG CEARLEY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46424-1-II.   Division Two.   October 13, 2015.]

*In the Matter of the Marriage of* TERESA HARKENRIDER, *Respondent*, and CHRISTOPHER WODJA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-00719-6, James R. Orlando, J., entered May 23, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.